IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID L. BICE,<br><br>    Defendant. | 4:16CR3117<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 44), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 40), will be held before the undersigned magistrate judge on July 12, 2017 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

June 7, 2017.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge